UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALMA HANAUER ET AL<br><br>Plaintiff(s),<br><br>VS.<br><br>ELY J. ADES ET AL<br><br>Defendant(s), | 2:96-CV-1204-JCM-RJJ |

**ORDER FOR DESTRUCTION OF EXHIBITS**

The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and some counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the remaining exhibits previously admitted in this matter.

Dated: November 22, 2010

*James C. Mahan*
**U.S. DISTRICT JUDGE**